**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03-CV-01507-WRW |
| | : | 4:04-CV-01539-WRW |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| **SHIRLEY KAY ROWAN** | : | PLAINTIFF |
| | : | |
| v. | : | |
| | : | |
| **WYETH, et al.** | : | DEFENDANTS |

## ORDER

Pending is Defendants' Motion for Summary Judgment (Doc No. 15). Plaintiff has not responded and the time for doing so has passed.

Plaintiff filed this case in 2004 and filed for bankruptcy in 2005, but "did not disclose [the case] as an asset in her bankruptcy case . . . ."[1] Defendants assert that Plaintiff's "failure to disclose this action to the bankruptcy trustee and the bankruptcy court requires its dismissal."[2]

For good cause shown, and because Plaintiff has not objected, Defendants' Motion for Summary Judgment (Doc No. 15) is GRANTED. Accordingly, this case is DISMISSED.

IT IS SO ORDERED this 29th day of June, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 16.

[2] *Id.*

1