# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| **In re:** | : | **MDL Docket No. 4:03-CV-01507-WRW** |
| | : | **4:04-CV-01539-WRW** |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| | : | |
| **SHIRLEY KAY ROWAN** | : | **PLAINTIFF** |
| | : | |
| **v.** | : | |
| | : | |
| **WYETH, et al.** | : | **DEFENDANTS** |

## JUDGMENT

Based on the Order entered today granting Defendants' Motion for Summary Judgment, this case is DISMISSED.

IT IS SO ORDERED this 29th day of June, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

1